UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

AGAPE WORLD, INC., AGAPE MERCHANT
ADVANCE LLC, AGAPE COMMUNITY LLC,
AGAPE CONSTRUCTION MANAGEMENT LLC,
AGAPE WORLD BRIDGES LLC, AND 114
PARKWAY DRIVE SOUTH LLC,

                              Debtor.

Case No. 09-70660 (AST)
Chapter 7

---------------------------------------------------------x
KENNETH P. SILVERMAN, ESQ., as Chapter 7
Trustee of Agape World, Inc., et al.,

                              Plaintiff,        Adv. Pro. No. 14-8113 (AST)

       - against -

NANCY SPRAGUE,

                              Defendant.
---------------------------------------------------------x

## **INITIAL SCHEDULING ORDER**

The Court enters this order in accordance with Federal Rule of Civil Procedure 16, as incorporated by Federal Rule of Bankruptcy Procedure 7016.  It is hereby **ORDERED** as follows:

1. The parties are ordered to attend a conference (in person or by telephone) under Federal Rule of Bankruptcy Procedure 7026(f) on or before **August 18, 2014**.  The parties shall discuss a Joint Discovery Control Plan (the "Discovery Plan"), which the parties are to file on or before **September 17, 2014**, and which shall provide the following:

    (A)    whether any Rule 26 disclosures have been served;

    (B)    whether any party intends to or has employed any expert witnesses;

    (C)    the date by which all discovery shall be complete;

    (D)    the amount of time each party requests to present all of their evidence and argument at trial, which shall include presenting its case in chief and any rebuttal case, and

      any opening and closing statements; and

(E)    a proposed trial date.

In the event the parties cannot agree on A through E, they shall so indicate in the Discovery Plan, and shall each state their positions under A through E. In the event any of the parties cannot state a response on any portion of A though E, they shall so indicate in the Discovery Plan, shall state their reason(s) therefore, and shall state when they will be able to state their response(s).

2.    On or before **September 17, 2014**, each party is to file and serve a statement as to whether each, claim, counterclaim, cross claim and third party claim, as applicable, is core or non-core, and whether the pleader does or does not consent to entry of final orders or judgments, pursuant to Federal Rule of Bankruptcy Procedure 7008(a).

3.    A pre-trial conference is scheduled for **October 29, 2014, at 9:30 a.m.,** in Courtroom 960, United States Bankruptcy Court, Central Islip, New York.  The Court may rule on any of the matters addressed herein or on any other timely filed and served motions, including dispositive motions, at or prior to the status conference.

4.    Failure to strictly comply with any of the provisions of this Order may result in the automatic entry of a dismissal or a default as the circumstances warrant in accordance with Federal Rule of Civil Procedure 16, as incorporated by Federal Rule of Bankruptcy Procedure 7016.



**Dated: July 17, 2014**  
**Central Islip, New York**

          **Alan S. Trust**
          **United States Bankruptcy Judge**

Case 8-14-08113-ast    Doc 11    Filed 07/17/14    Entered 07/17/14 10:25:14

**SERVICE LIST:**
David J Mahoney, Esq.
SilvermanAcampora LLP
100 Jericho Quadrangle, Suite 300
Jericho, NY 11753

Nancy Sprague
317 Marine Avenue, Apt. 2
Brooklyn, NY 11209