**S**ILVERMAN**A**CAMPORA **LLP**
Attorneys for Kenneth P. Silverman, Esq.,
Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
David J. Mahoney, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No.: 09-70660 (AST) |
| AGAPE WORLD, INC., | Substantively Consolidated |
| AGAPE MERCHANT ADVANCE LLC, | |
| AGAPE COMMUNITY LLC, AGAPE | |
| CONSTRUCTION MANAGEMENT LLC, | |
| AGAPE WORLD BRIDGES LLC, AND | |
| 114 PARKWAY DRIVE SOUTH LLC, | |
| Debtors. | |

-------------------------------------------------------------------x

KENNETH P. SILVERMAN, ESQ., as
Chapter 7 Trustee of Agape World, Inc., *et al.,*

                Plaintiff,

                                            Adv. Pro. No.:  14-08113 (AST)

    -against-

NANCY SPRAGUE,

                Defendant.

-------------------------------------------------------------------x

## NOTICE OF ENTRY OF SCHEDULING ORDER

**PLEASE TAKE NOTICE**, that attached hereto is a true copy of an Initial Scheduling Order, by the Honorable Alan S. Trust, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, which was entered in the Clerk's office on July 17, 2014, in the above-referenced adversary proceeding.

**[One Signature Page to Follow]**

CM/1571752.1/056601

Dated: Jericho, New York
       July 17, 2014

                                    **SILVERMANACAMPORA LLP**
                                    Attorneys for Kenneth P. Silverman, Esq.,
                                    Chapter 7 Trustee

                        By:    *s/David J. Mahoney*
                               David J. Mahoney
                               A Member of the Firm
                               100 Jericho Quadrangle, Suite 300
                               Jericho, New York 11753
                               (516) 479-6300

TO:    Nancy Sprague
         317 Marlene Avenue, Apt. 2
         Brooklyn, New York 11209