**SILVERMANACAMPORA LLP**
Attorneys for Kenneth P. Silverman, Esq.,
Chapter 7 Trustee
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
David J. Mahoney, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:

AGAPE WORLD, INC.,
AGAPE MERCHANT ADVANCE LLC,
AGAPE COMMUNITY LLC, AGAPE
CONSTRUCTION MANAGEMENT LLC,
AGAPE WORLD BRIDGES LLC, AND
114 PARKWAY DRIVE SOUTH LLC,

Chapter 7
Case No.:  09-70660 (AST)
Substantively Consolidated

                                                Debtors.
-----------------------------------------------------------------x

KENNETH P. SILVERMAN, ESQ., as
Chapter 7 Trustee of Agape World, Inc., *et al.,*

                                                Plaintiff,

        -against-

Adv. Pro. No.: 14-08113 (AST)

NANCY SPRAGUE,

                                                Defendant.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                          ) ss.:
COUNTY OF NASSAU        )

        **SHEREE B. KING**, being duly sworn, deposes and says:

        I am not a party to the action. I am over 18 years of age and I am employed by SilvermanAcampora LLP.

        On July 24, 2014, deponent served the within

- **AMENDED NOTICE OF ENTRY OF SCHEDULING ORDER**
        *(Scheduling Order entered in the Clerk's Office on July 17, 2014)*

by First Class Mail delivery to the address listed below, said address designated for that purpose by depositing a true copy of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

**TO:**    Nancy Sprague
         4465 Woodley Avenue
         Encino, CA  91436

s/SHEREE B. KING

**SHEREE B. KING**

Sworn to before me this
24th day of July, 2014.

*s/COOPER J. MACCO*

Notary Public

Cooper J. Macco
Notary Public, State of NY
No. 02MA6279300
Qualified in Suffolk County
Commission Expires April 8, 2017

SBK/1573025.1/056601